**ORDERED.**

**Dated:  March 09, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CLARENCE L. GREEN, JR. AND | ) | CASE NO: 25-04786-BAJ |
| BARBARA S. GREEN, JR., | ) | |
| | ) | CHAPTER: 7 |
| Debtor(s). | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC**
**STAY PURSUANT TO 11 U.S.C. § 362 FILED BY SANTANDER BANK, N.A., AS**
**SERVICER FOR SANTANDER CONSUMER USA INC.**
**(2018 VOLKSWAGEN TIGUAN)**
(Chapter 7 after negative notice)

THIS MATTER came before the Court on a *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion") (Doc. 11) filed by SANTANDER BANK, N.A., as servicer for Santander Consumer USA, Inc. ("Movant") pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested.

Accordingly, it is:

**ORDERED**:

(1)     The Motion (Doc. 11) is granted;

(2)     The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant's interest in the Collateral: 2018 Volkswagen Tiguan, bearing Vehicle Identification Number 3VV3B7AX0JM061070.

(3)     The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of the Collateral, and to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

####

Attorney Armando Nozzolillo is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.